NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PENTEL CO., LTD. AND PENTEL OF AMERICA, LTD.,**
*Appellants,*

**v.**

**DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

*and*

**BENJAMIN J. KWITEK,**
Appellee.

---

2012-1002

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in Reexamination No. 95/000,399).

---

**JUDGMENT**

---

BRUCE L. ADAMS, Adams & Wilks, of New York, New York, argued appellants.

NATHAN K. KELLEY, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee David J. Kappos, Director, United States Patent and Trademark Office. With him on the brief were RAYMOND T. CHEN, Solicitor, and ROBERT J. MCMANUS, Associate Solicitor.

ROBERT R. LYONS, Littman Law Offices, Ltd., Manassas Virginia, for appellee BENJAMIN J. KWITEK.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, PLAGER, and DYK, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 13, 2012 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |